IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY, | |
| Plaintiff, | **8:22CV200** |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE MAX INSURANCE COMPANY; and THE TRAVELERS INDEMNITY COMPANY, | **ORDER ON STIPULATED MOTION DISMISSING THE TRAVELERS INDEMNITY COMPANY** |
| Defendants. | |

This case is before the Court on the November 1, 2022, Stipulated Motion Dismissing the Travelers Indemnity Company with Prejudice. Filing 38. In their Stipulated Motion, NICO and the Travelers Indemnity Company stipulate and move the Court for an order dismissing the Travelers Indemnity Company with prejudice with each party to pay its own costs. The Stipulated Motion was signed by NICO and the Travelers Indemnity Company but not by "all parties who have appeared," as required by Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure. Consequently, the Court was required to wait the time for any opposition or reply to run before ruling on the Stipulated Motion. The time has now run, and no oppositions or replies have been filed. Accordingly,

IT IS ORDERED that the November 1, 2022, Stipulated Motion Dismissing the Travelers Indemnity Company with Prejudice filed by NICO and the Travelers Indemnity Company, Filing 38, is granted, and this action is dismissed with prejudice as to the Travelers Indemnity Company. Each party shall bear its own costs and attorneys' fees.

1

Dated this 30th day of November, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge