IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>         Plaintiff,<br><br>    vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, and PROGRESSIVE MAX INSURANCE COMPANY,<br><br>         Defendants. | 8:22CV200<br><br>**ORDER** |

    This case is before the Court on the Stipulated Motion Dismissing Progressive Casualty Insurance Company and Progressive Max Insurance with Prejudice. Filing 77. The Motion seeks dismissal with prejudice and with each party to pay its own costs. The Motion also states that defendants Peerless Insurance Company was informed of this motion and had no objection. The Motion states further that upon dismissal of Progressive Casualty Insurance Company and Progressive Max Insurance, no claims or defendants will remain and that the parties agree this action should be dismissed in its entirety. Accordingly,

    IT IS ORDERED that the Stipulated Motion Dismissing Progressive Casualty Insurance Company and Progressive Max Insurance with Prejudice, Filing 77, is granted, and this case is dismissed in its entirety with prejudice and with each party to pay its own costs.

    Dated this 1st day of September, 2023.

                                                 BY THE COURT:

                                                 _____
                                                 Brian C. Buescher
                                                 United States District Judge